UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62145-CIV-DIMITROULEAS/SNOW

DAVID SPARKS,

    Plaintiff,

vs.

H&P CAPITAL, INC.,

    Defendant.

_____/

**FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Judgment [DE 45], filed December 28, 2012. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On April 12, 2012, this Court entered its Final Order Approving and Entering Consent Judgment. Judgment was entered against Defendant H&P Capital, Inc. ("H&P) in the amount of $1,250.00 in favor of Plaintiff. [DE 25]. The Court then granted Plaintiff's two motions for costs and attorneys' fees. [DE 44]. Because Plaintiff is having difficulty collecting from the Defendant, Plaintiff asks this Court to reduce the award of fees and costs to a judgment. The Court may do so under Federal Rule of Civil Procedure 58(d).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered against Defendant H&P Capital, Inc. on the merits in the amount of $1,250.00 in favor of Plaintiff David Sparks.

2. Judgment is entered against Defendant H&P Capital, Inc. for attorneys' fees in the amount of $5,324.40 in favor of Plaintiff David Sparks;

3.   Judgment is entered against Defendant H&P Capital, Inc. for costs in the amount of $405.00 in favor of Plaintiff David Sparks.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record